## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert Gervase Flipping Jr.                      CHAPTER 7
           Debtor(s)

                                                BKY. NO. 25-20612 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ 
Denise Carlon
18 Mar 2025, 12:16:10, EDT

Denise Carlon, Esq. (317226)    ☑
Brent Lemon, Esq. (86478)       ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com