IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>   Robert Gervase Flipping, Jr.<br><br>Debtor<br><br>   Robert Gervase Flipping, Jr.<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. 2:25-bk-20612-GLT<br><br>Chapter 7<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Brian C. Thompson, Esquire__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Safe Step Walk In Tub, LLC
520 Royal Pkwy
Suite 100
Nashville, TN 37214

By: /s/ Brian C. Thompson, Esquire
   Signature
   Brian C. Thompson, Esquire
   Typed Name
   301 Smith Drive, Suite 6
   Cranberry Township, PA 16066
   Address
   (724) 799-8404    Fax:(724) 799-8409
   Phone No.
   91197 PA
   List Bar I.D. and State of Admission