# United States Bankruptcy Court
## Western District of Pennsylvania

In re  Robert Gervase Flipping, Jr.  
                              Debtor(s)

Case No.  2:25-bk-20612  
Chapter  7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  Robert Gervase Flipping, Jr. , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  April 8, 2025

Signature  /s/ Robert Gervase Flipping, Jr.  
               Robert Gervase Flipping, Jr.  
               Debtor