Certificate Number: 12433-PAW-DE-039809002

Bankruptcy Case Number: 25-20612



12433-PAW-DE-039809002

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 26, 2025</u>, at <u>2:17</u> o'clock <u>PM EDT</u>, <u>Robert G. Flipping, Jr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>June 26, 2025</u>        By:    <u>/s/Candace Jones</u>

                               Name:  <u>Candace Jones</u>

                               Title:  <u>Counselor</u>