| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Gervase Flipping Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8459<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25–20612–GLT | |

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert Gervase Flipping Jr.

9/3/25                                                              **By the court:**   Gregory L Taddonio
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-20612-GLT
Robert Gervase Flipping, Jr.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 3
Date Rcvd: Sep 03, 2025    Form ID: 318    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Gervase Flipping, Jr., 301 Veronica Drive, Pittsburgh, PA 15235-4254 |
| 16572224 | + | Safe Step Walk In Tub LLC, c/o NCS Credit, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 16520586 | + | Safe Step Walk In Tub, LLC, 520 Royal Pkwy, Suite 100, Nashville, TN 37214-3794 |
| 16509865 | + | The Wilkinsburg-Penn Joint Water Authori, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 16509866 | | US Bk Cacs, Saint Louis, MO 63166 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Sep 04 2025 04:06:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Sep 04 2025 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 04 2025 04:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 04 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16509843 | | EDI: CAPITALONE.COM | Sep 04 2025 04:06:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16509842 | | EDI: CAPITALONE.COM | Sep 04 2025 04:06:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16509845 | | EDI: CITICORP | Sep 04 2025 04:06:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 16509844 | | EDI: CITICORP | Sep 04 2025 04:06:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 16509847 | | EDI: WFNNB.COM | Sep 04 2025 04:06:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16509846 | | EDI: WFNNB.COM | Sep 04 2025 04:06:00 | Comenity Bank/Kay Jewelers, PO Box 182789, Columbus, OH 43218-2789 |
| 16509849 | | EDI: WFNNB.COM | Sep 04 2025 04:06:00 | Comenity Capital/Petco, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 16509848 | | EDI: WFNNB.COM | Sep 04 2025 04:06:00 | Comenity Capital/Petco, PO Box 182120, Columbus, OH 43218-2120 |
| 16509850 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 04 2025 00:19:51 | Credit One Bank, PO Box 98872, Las Vegas, NV |

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: 318 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 16509851 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 04 2025 00:20:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16509857 | | EDI: CITICORP | Sep 04 2025 04:06:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 16509852 | ^ | MEBN | Sep 04 2025 00:02:59 | Duquesne Light Company, P.O. Box 371324, Pittsburgh, PA 15250-7324 |
| 16509853 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 04 2025 00:09:00 | First Savings Bank/Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 16509854 | | Email/Text: BNBLAZE@capitalsvcs.com | Sep 04 2025 00:09:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16509855 | + | EDI: IRS.COM | Sep 04 2025 04:06:00 | Internal Revenue Services, P.O. Box 742562, Cincinnati, OH 45274-2562 |
| 16509856 | | EDI: CITICORP | Sep 04 2025 04:06:00 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 16509859 | | Email/PDF: ebnotices@pnmac.com | Sep 04 2025 00:20:58 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 16509858 | | Email/PDF: ebnotices@pnmac.com | Sep 04 2025 00:20:32 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 16509860 | ^ | MEBN | Sep 04 2025 00:02:53 | Peoples, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 16509862 | | EDI: SYNC | Sep 04 2025 04:06:00 | Syncb/Home Design, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16509861 | + | EDI: SYNC | Sep 04 2025 04:06:00 | Syncb/Home Design, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16509863 | + | EDI: SYNC | Sep 04 2025 04:06:00 | Syncb/leafgd, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16509864 | | EDI: SYNC | Sep 04 2025 04:06:00 | Syncb/leafgd, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16509867 | | EDI: USBANKARS.COM | Sep 04 2025 04:06:00 | US Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 16509868 | | EDI: VERIZONCOMB.COM | Sep 04 2025 04:06:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 03, 2025 | Form ID: 318 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

**Name**            **Email Address**

Brian C. Thompson
  on behalf of Debtor Robert Gervase Flipping Jr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon
  on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
  crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 5