FILED
9/4/25 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Robert Gervase Flipping, Jr., | : | Case No. 25-20612-GLT |
| Debtor, | : | |
| | : | Chapter 7 |
| Robert Gervase Flipping, Jr., | : | |
| Movant, | : | |
| | : | Hearing Date & Time: |
| v. | : | September 25, 2025 at 10:30 a.m. |
| Safe Step Walk-In Tub LLC, | : | Related to Docket No. 23 |
| Respondent. | : | |

### ORDER

AND NOW this ___ 4th Day of September, 2025, upon consideration of Debtor's Motion to Avoid Judicial Lien, the Court orders the following:

1. The judicial lien of Respondent Safe Step Walk-In Tub LLC filed and recorded at Case No. AR-24-006714 of Allegheny County Court of Common Pleas, impairs an exemption to which Debtor would be otherwise entitled under 11 U.S.C. 522(d)(1).

2. The aforesaid judicial lien is hereby declared avoided and unenforceable in its entirety and the underlying debt is dischargeable as unsecured non-priority debt.

The Relief provided in this Order is subject to 11. U.S.C. §348(f) and §349 (b) in the event the main bankruptcy case is dismissed or converted to a Chapter 7 proceeding

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20612-GLT |
| Robert Gervase Flipping, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Gervase Flipping, Jr., 301 Veronica Drive, Pittsburgh, PA 15235-4254 |
| 16572224 | + | Safe Step Walk In Tub LLC, c/o NCS Credit, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 16520586 | + | Safe Step Walk In Tub, LLC, 520 Royal Pkwy, Suite 100, Nashville, TN 37214-3794 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Robert Gervase Flipping Jr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Sep 04, 2025     Form ID: pdf900     Total Noticed: 3

Rosemary C. Crawford     crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 5