## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert Gervase Flipping, Jr., | : | Case No. 25-20612-GLT |
| Debtor, | : | Chapter 7 |
| | : | |
| Robert Gervase Flipping, Jr., | : | Document No.: 36 |
| Movant, | : | Related Document No.: 31, 32 |
| v. | : | |
| | : | **Hearing Date & Time:** |
| Safe Step Walk-In Tub LLC, | : | October 9, 2025, at 10:30 a.m. |
| Respondent. | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID MECHANIC'S LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 4, 2025, at Document No. 31 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No. 32, Objections were to be filed and served no later than September 21, 2025.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 31 be entered by the Court.

Date: September 22, 2025

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com