FILED
9/22/25 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert Gervase Flipping, Jr., | : | Case No. 25-20612-GLT |
| Debtor, | : | Chapter 7 |
| Robert Gervase Flipping, Jr., | : | |
| Movant, | : | |
| v. | : | Hearing Date & Time: October 9, 2025 at 10:30 a.m. |
| Safe Step Walk-In Tub LLC, | : | Related to Docket No. 31 |
| Respondent. | : | |

### ORDER

AND NOW this __22nd Day of September__, 2025, upon consideration of Debtor's Motion to Avoid Mechanic's Lien, the Court orders the following:

1. The mechanic's lien of Respondent Safe Step Walk-In Tub LLC filed and recorded at Case No. GD-22-002906 of Allegheny County Court of Common Pleas, is voidable under 49 P.S. § 1701.

2. The aforesaid mechanic's lien is hereby declared avoided and unenforceable in its entirety and the underlying debt is dischargeable as unsecured non-priority debt.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20612-GLT |
| Robert Gervase Flipping, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Gervase Flipping, Jr., 301 Veronica Drive, Pittsburgh, PA 15235-4254 |
| 16572224 | + | Safe Step Walk In Tub LLC, c/o NCS Credit, 729 Miner Road, Highland Heights, OH 44143-2117 |
| 16520586 | + | Safe Step Walk In Tub, LLC, 520 Royal Pkwy, Suite 100, Nashville, TN 37214-3794 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Robert Gervase Flipping  Jr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Sep 22, 2025  Form ID: pdf900  Total Noticed: 3

Rosemary C. Crawford  crawfordmcdonald@aol.com  PA68@ecfcbis.com

TOTAL: 5